IN THE CIRCUIT COURT OF CLINTON COUNTY, MISSOURI
AT PLATTSBURG, MISSOURI

| | |
|---|---|
| BNSF RAILWAY CO., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18CN-CC00030 |
| WILLIAM P. COATES, JR., | ) |
| Defendant. | ) |

## AFFIDAVIT OF WILLIAM P. COATES, JR.

STATE OF KANSAS ) 
                           ) ss
COUNTY OF JOHNSON )

I, William P. Coates, Jr., of lawful age and being first duly sworn, do hereby depose and state as follows:

1. I have personal knowledge of the facts herein stated.

2. Plaintiff filed its Petition for Damages ("Petition") on April 25, 2018.

3. At the time the Petition was filed, I resided, and continue to reside, at 4305 W. 93rd Street, Prairie Village, Johnson County, Kansas and have been a citizen of the State of Kansas for my entire life.

4. I intend to permanently maintain my residence and citizenship in the State of Kansas.

FURTHER AFFIANT SAYETH NAUGHT.

_/s/ Wm. P. Coates, Jr._            _5/1/18_
WILLIAM P. COATES, JR.           Date

EXHIBIT B

{0210068.DOCX}

The foregoing Affidavit was subscribed and sworn to before me this ____1____ day of May, 2018.

_Cynthia D. Cowart_
Notary Public

My Commission Expires:
02.28.2022